IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MARK A. JOHNSON,**

    Plaintiff,

vs.                                  Civil Action 2:12-cv-1123
                                     Judge Graham
                                     Magistrate Judge King

**STATE FARM FIRE AND
CASUALTY COMPANY,**

    Defendant.

## ORDER

Upon unopposed motion, Doc. No. 13, this action is **STAYED** pending resolution of the related criminal matter, *State of Ohio v. Mark A. Johnson,* Case No. 2013 CR 00073 (Fairfield Co. Ct. Comm. Pl.).

The parties shall promptly notify this Court upon the resolution of the related criminal case.

                                                      *s/Norah McCann King*
                                                      Norah M$^c$Cann King
                                               United States Magistrate Judge

Date: March 8, 2013